# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **JAKE GUARINO,** § | |
| § | |
| **Plaintiff/Counter-Defendant,** § | |
| § | |
| v. § | Civil Action No.: 1:20-CV-00670RP |
| § | |
| **VISUAL EDGE, INC.,** § | |
| § | |
| **Defendant/Counter-Plaintiff.** § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Counsel for Plaintiff/Counter-Defendant Jake Guarino ("Plaintiff") and Counsel for Defendant/Counter-Plaintiff Visual Edge, Inc. ("Defendant") advise the Court that they have reached a settlement. The settlement terms include that Plaintiff's claims and causes of action be dismissed with prejudice, that Defendant's counterclaims and causes of action be dismissed with prejudice, and that each party bear the costs of court and attorneys' fees incurred by such party.

WHEREFORE, Plaintiff and Defendant request that the Court enter an order dismissing with prejudice all claims and causes of action that were or could have been asserted against Defendant by Plaintiff and dismissing with prejudice all counterclaims and causes of action that were or could have been asserted against Plaintiff by Defendant in above captioned action, and that each party to this action is to bear the costs of court and attorneys' fees incurred by such party.

For the Court's convenience, a proposed Agreed Order of Dismissal with Prejudice is filed contemporaneously with this Motion.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ *Daniel H. Byrne* | /s/ *Thomas E. Reddin* |
|    Daniel H. Byrne |    Thomas E. Reddin |
|    Texas State Bar No. 03565600 |    State Bar No. 16660950 |
|    dbyrne@fbhg.law |    tom.reddin@nortonrosefulbright.com |
|    Christine E. Burgess |    Joshua S. Owings |
|    Texas State Bar No. 00793428 |    Texas State Bar No. 24117274 |
|    cburgess@fbhg.law |    josh.owings@nortonrosefulbright.com |
| FRITZ, BYRNE, HEAD & GILSTRAP, PLLC | NORTON ROSE FULBRIGHT US LLP |
| 221 West 6th Street, Suite 960 | 2200 Ross Avenue, Suite 3600 |
| Austin, TX 78701 | Dallas, TX  75201-7932 |
| Telephone:  (512) 476-2020 | Telephone:  (214) 855-8000 |
| Facsimile:  (512) 477-5267 | Facsimile:  (214) 855-8200 |
| | |
| **ATTORNEYS FOR PLAINTIFF/ COUNTER-DEFENDANT JAKE GUARINO** | **ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF VISUAL EDGE, INC.** |

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2021, a true and correct copy of the foregoing has been filed with the Court via the CM/ECF filing system and served via same on the following counsel of record:

Daniel H. Byrne
dbyrne@fbhg.law
Christine E. Burgess
cburgess@fbhg.law
**FRITZ, BYRNE, HEAD & GILSTRAP, PLLC**
221 West 6th Street, Suite 960
Austin, TX 78701
**Counsel for Plaintiff**

                                              */s/ Thomas E. Reddin*
                                                 Thomas E. Reddin