# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JAKE GUARINO,** | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No.: 1:20-CV-00670RP |
| | § | |
| **VISUAL EDGE, INC.,** | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff/Counter-Defendant Jake Guarino ("Plaintiff") and Counsel for Defendant/Counter-Plaintiff Visual Edge, Inc. ("Defendant") have advised the Court that they have reached a settlement. The settlement terms include that Plaintiff's claims and causes of action be dismissed with prejudice, that Defendant's counterclaims and causes of action be dismissed with prejudice, and that each party bear the costs of court and attorneys' fees incurred by such party.

THEREFORE, IT IS ORDERED that all claims and causes of action that were or could have been asserted against Defendant by Plaintiff in above-captioned action and all counterclaims and causes of action that were or could have been asserted against Plaintiff by Defendant in above captioned action be, and are hereby, dismissed with prejudice, and that each party to this action is to bear the costs of court and attorneys' fee incurred by such party.

**SO ORDERED** this ___ day of May, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

- 2 -

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| /s/ *Daniel H. Byrne* | /s/ *Thomas E. Reddin* |
| Daniel H. Byrne | Thomas E. Reddin |
| Texas State Bar No. 03565600 | State Bar No. 16660950 |
| dbyrne@fbhg.law | tom.reddin@nortonrosefulbright.com |
| Christine E. Burgess | Joshua S. Owings |
| Texas State Bar No. 00793428 | Texas State Bar No. 24117274 |
| cburgess@fbhg.law | josh.owings@nortonrosefulbright.com |
| FRITZ, BYRNE, HEAD & GILSTRAP, PLLC | NORTON ROSE FULBRIGHT US LLP |
| 221 West 6th Street, Suite 960 | 2200 Ross Avenue, Suite 3600 |
| Austin, TX 78701 | Dallas, TX  75201-7932 |
| Telephone:  (512) 476-2020 | Telephone:  (214) 855-8000 |
| Facsimile:  (512) 477-5267 | Facsimile:  (214) 855-8200 |

**ATTORNEYS FOR PLAINTIFF/ COUNTER-DEFENDANT JAKE GUARINO**

**ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF VISUAL EDGE, INC.**